| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | AUG 27 2019 |
| | MOLLY C. DWYER, CLERK |
| | U.S. COURT OF APPEALS |

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.   17-16164 |
| Plaintiff-Appellee, | D.C. Nos.   2:17-cv-00646-RCJ |
| v. | 2:13-cr-00019-RCJ-GWF-1 |
| JOSHUA CROFT, AKA Truth, | District of Nevada, Las Vegas |
| Defendant-Appellant. | ORDER |

Before: TASHIMA, M. SMITH, and BENNETT, Circuit Judges.

The stay of this action entered on August 3, 2017, is lifted.

The parties' joint motion for remand (Docket Entry No. 12) is granted. We vacate the district court's final order denying appellant's 28 U.S.C. § 2255 motion and remand the case for further proceedings.

The mandate shall issue forthwith.